# EXHIBIT A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Ronald Anthony v. Chromalox, Inc.

| | |
|---|---|
| Case Number | 45D05-2003-CT-000353 |
| Court | Lake Superior Court, Civil Division 5 |
| Type | CT - Civil Tort |
| Filed | 03/30/2020 |
| Status | 03/30/2020 , Pending  (active) |

## Parties to the Case

Defendant   Chromalox, Inc.

Address
103 Gamma Drive
Pittsburgh, PA 15238

Attorney
Daniel W Glavin
*#800245, Retained*

O'Neil McFadden & Willett LLP
833 West Lincoln Way
Suite 410W
Schererville, IN 46375
219-322-0450(W)

Plaintiff      Anthony, Ronald

Address
12311 South 700 West
Wanatah, IN 46390

Attorney
Randy Kent Fleming
*#1732164, Retained*

Sarkisian, Sarkisian & Associates, PC
6165 Central Avenue
Portage, IN 46368-0000
219-762-7718(W)

## Chronological Case Summary

| 03/30/2020 | **Case Opened as a New Filing** | |
|---|---|---|
| 04/01/2020 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint for Damages | |
| | Filed By: | Anthony, Ronald |
| | File Stamp: | 03/30/2020 |

| 04/01/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Anthony, Ronald |
| | File Stamp: | 03/30/2020 |

| 04/01/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Anthony, Ronald |
| | File Stamp: | 03/30/2020 |

| 04/23/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance on Behalf of Chromalox, Inc. | |
| | For Party: | Chromalox, Inc. |
| | File Stamp: | 04/23/2020 |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Anthony, Ronald
Plaintiff

**Balance Due** (as of 05/18/2020)
**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2020 | Transaction Assessment | 157.00 |
| 04/01/2020 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

**45D05-2003-CT-000353**

Filed: 3/30/2020 2:56 PM
Clerk

USDC IN/ND case 2:20-cv-00202-JTM-APR   document 1-52 Lake Superior Court, Civil Division 5   filed 05/20/20   page 5 of 13 Lake County, Indiana

STATE OF INDIANA     )        **IN THE LAKE CIRCUIT/ SUPERIOR COURT**
                        )SS:
COUNTY OF LAKE     )

RONALD ANTHONY
     Plaintiff,            )
                        )
     -vs-               )     **CAUSE NO.:**
                        )
CHROMALOX, INC.     )
     Defendant.        )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, RONALD ANTHONY, by and through counsel, RANDY K. FLEMING of SARKISIAN SARKISIAN & ASSOC., and for his cause of action against the Defendant, CHROMALOX, INC. alleges and states as follows:

1. That Plaintiff is a resident of Lake County, State of Indiana.

2. That at all times mentioned herein, the Defendant, CHROMALOX, INC. is a for-profit businesses authorized to operate legally within the confines of the State of Indiana with its principal office located in Pittsburgh, PA.

3. That at all times mentioned herein the Defendant, CHROMALOX, INC. was authorized to manufacture, distribute, sell and do business in the State of Indiana.

4. That at the times mentioned herein, the defendant, CHROMALOX, INC., manufactured, distributed, and sold portable blower heaters throughout the United States of America from their manufacturing and distribution center located in Ogden, Utah.

5. That at all times mentioned herein, the Defendant, CHROMALOX, INC., manufactured a portable Chromalox blower heater type HF Model E which was

purchased by the plaintiff's employer, ArcelorMittal, and installed into the cab of a crane.

6.   That on or about May 10, 2018, Plaintiff, in the course of his employment with ArcelorMittal, was operating a crane using the traverse controls when the Chromalox Type HF Model E portable heater installed in the crane's cab malfunctioned because of a wire failure which suddenly and without warning electrocuted the plaintiff causing the Plaintiff to sustain serious permanent injuries.

7.   That by the Chromalox Type HF Model E portable heater malfunctioning, plaintiff sustained serious and permanent bodily injuries, incurred substantial medical expenses, will incur a wage loss, and endured severe physical pain and emotional distress all of which are of permanent in nature and will continue.

8.   That the defendant was careless and negligent in their design, manufacture, and inspection of the Chromalox Type HF Model E portable heater and that the portable heater failed to serve its purpose and that the defendant knew or should have known that the portable heater was defective and dangerous to those using the portable heater for the purpose for which it was intended.

9.   That pursuant to Indiana Code 34-20, the defendant is held strictly liable in tort to the plaintiff for placing into the stream of commerce a product in a defective condition which is unreasonably dangerous to the user and that user such as the plaintiff herein, is in the class of persons that the seller/manufacturer should reasonably foresee as being subject to the harm caused by the defective condition.

10.  That the defendant through the manufacture and sale of the portable heater, expressly and impliedly warranted that the portable heater was fit for the purpose

for which it was intended and that the plaintiff used said portable heater in reliance on said express and implied warranties.

11.  That the implied warranty was breached when the portable heater malfunctioned and electrocuted the plaintiff causing injuries to the plaintiff.

12.  That the defendant breached the express and implied warranties of merchantability of its product.

13.  That at the time the plaintiff was using the portable heater, he was unaware of any defect or any potential defect in the portable heater that he faced when using the portable heater and that the defendant failed to warn the plaintiff of any potential risks in using the skateboard.

14.  That the direct and proximate cause of the injuries sustained by the plaintiff was the carelessness and negligence of the defendants.

WHEREFORE, the Plaintiff prays for judgment against the Defendants in a just and proper sum, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

**/s/RANDY K. FLEMING**
RANDY K. FLEMING (Atty #: 17321-64)
SARKISIAN SARKISIAN & ASSOC., P.C.
Attorney for Plaintiffs
6165 Central Avenue
Portage, IN 46368
Telephone: (219)762-7718
Facsimile:   (219) 763-4650
randy@sarklawfirm.com

## <u>MOTION FOR TRIAL BY JURY</u>

Comes now the Plaintiff by and through counsel, RANDY K. FLEMING of SARKISIAN

SARKISIAN & ASSOC., P.C., and requests a trial by jury on all counts triable by a jury.


Respectfully submitted,


**/s/RANDY K. FLEMING**
RANDY K. FLEMING (Atty #: 17321-64)
SARKISIAN SARKISIAN & ASSOC., P.C.
Attorney for Plaintiffs
6165 Central Avenue
Portage, IN 46368
Telephone: (219)762-7718
Facsimile:   (219) 763-4650
Randy@sarklawfirm.com

**45D05-2003-CT-000353**

Filed: 3/30/2020 2:56 PM
Clerk

USDC IN/ND case 2:20-cv-00202-TLS-APR document 1-2  filed 05/20/20  page 9 of 13
Lake Superior Court, Civil Division 5  Lake County, Indiana

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE LAKE CIRCUIT/SUPERIOR COURT** |
| | ) SS: | |
| **COUNTY OF LAKE** | ) | **CONTINUOUS TERM, 2020** |

| | |
|---|---|
| **RONALD ANTHONY,** | ) |
| **Plaintiff,** | ) |
| -vs- | ) |
| | ) |
| **CHROMALOX, INC.** | ) |
| **Defendant.** | ) |

<u>**SUMMONS**</u>

THE STATE OF INDIANA TO DEFENDANT:  **CHROMALOX, INC.**
**% Highest Ranking Officer**
**103 Gamma Drive**
**Pittsburgh, PA 15238**

You have been sued by the person(s) identified as "Plaintiff", in the court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for you answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:  <u>**CERTIFIED MAIL/RRR**</u>

By: **Randy K. Fleming**
SARKISIAN, SARKISIAN & ASSOC. P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46368
Telephone (219) 762-7718

Dated: 4/1/2020   *Lorenzo Arredondo*

**CLERK OF LAKE SUPERIOR COURT**

By: _____ FR
Deputy Clerk

LAKE COUNTY COURTS
SEAL

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2020, I mailed a copy of this summons and a copy of this SUMMONS to the Defendant, _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

## CLERK OF THE LAKE SUPERIOR COURT

Date_____        By: _____
                                              Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 2020.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT were returned not accepted on the _____ day of _____, 2020.

## CLERK OF THE LAKE SUPERIOR COURT

Date_____        By: _____
                                              Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within summons:

(1) By delivering on _____ a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
(2) By leaving on _____, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other material filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
(3) This SUMMONS came to hand this date _____. The within named _____ was not found in my bailiwick this date,_____.
     ALL DONE IN LAKE COUNTY, INDIANA.

## SHERIFF OF LAKE COUNTY, INDIANA

BY: _____
## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____, Indiana on this date _____.

_____
                    Signature of Defendant

Filed: 3/30/2020 2:56 PM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CONTINUOUS TERM, 2020 |
| | ) | |
| | ) | |
| **RONALD ANTHONY,** | ) | |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | |
| **CHROMALOX, INC.** | ) | |
| Defendant. | ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:  Initiating __X__      Responding _____   Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

### RONALD ANTHONY

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

> Randy K. Fleming#17321-64
> 6165 Central Avenue
> Portage, Indiana 46368
> Telephone: (219) 762-7718
> Fax: (219) 763-4650
> Randy@SarkLawFirm.com

3.    There are other party members: Yes ____     No _X_

4.    If first initiating party filing this case, the Clerk is requested to assign this case the following: Case Type under Administrative Rule 3(b)(3):  __CT__

5.    I will accept service by FAX as the above noted number:  Yes _X__     No

6.    This case involves support issues. Yes ____     No _X_

7.    There are related cases. Yes ____   No _X_

8.    This form has been served on all other parties.
      Certificate of Service is attached:  Yes ____No _X_

9.    Additional information required by local rule: _____

Respectfully submitted,

_____/s/RANDY K. FLEMING_____
RANDY K. FLEMING #17321-64
SARKISIAN, SARKISIAN & ASSOCIATES
6165 CENTRAL AVENUE
PORTAGE, INDIANA 46368
(219) 762-7718
Randy@Sarklawfirm.com

| STATE OF INDIANA | | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| COUNTY OF LAKE | SS: | SITTING IN HAMMOND, INDIANA |

RONALD ANTHONY,

     Plaintiff,                            CAUSE NO:  45D05-2003-CT-000353

v.

CHROMALOX, INC.,

     Defendant.

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating _____   Responding ____X____   Intervening_____

1.     The undersigned attorney and all attorney lists on this form now appear in this case for the following party member(s): _CHROMALOX, INC._____

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

        Name:     **Daniel W. Glavin**              Atty. No. 8002-45
                  dglavin@omwlegal.com
        Address:  833 West Lincoln Highway, Suite 410W    Phone: 219-322-0450
                  Schererville, Indiana 46375           Fax:   219-322-0455

3.     There are other party members:  Yes__ No_X_ (If yes, list on continuation page.)   All Parties listed above.

4.     If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):_____

5.     I will accept service by FAX at the above noted number: Yes_____ No ____X____.

6.     This case involves support issues. Yes _____ No___X_____ (If yes, supply social security numbers for all family members on continuation page.)

7.     There are related cases:  Yes _____ No _____ (If yes, list on continuation page.)

8.     This form has been served on all other parties.  Certificate of Service is attached:  Yes ___X_ No _____

9.     Additional information required by local rule:_____

{00228891.doc}

*/s/Daniel W. Glavin*
Attorney-at-law
Attorney information shown above

## CERTIFICATE OF SERVICE

I certify on April 23, 2020 a true and complete copy of the foregoing pleading or paper was served upon all attorneys of record/appropriate parties by electronic transmission via the Indiana E-Filing System.

Randy K. Fleming
Sarkisian Sarkisian & Assoc., P.C.
6165 Central Avenue
Portage, IN 46368

**O'NEILL MCFADDEN & WILLETT LLP**

By:    */s/ Daniel W. Glavin*

{00228891.doc}