| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE LAKE CIRCUIT/ SUPERIOR COURT** |
| | )SS: | |
| **COUNTY OF LAKE** | ) | |

| | |
|---|---|
| **RONALD ANTHONY** | |
|     Plaintiff, | ) |
| | ) |
|   -vs- | )    **CAUSE NO.:** |
| | ) |
| **CHROMALOX, INC.** | ) |
|     Defendant. | ) |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, RONALD ANTHONY, by and through counsel, RANDY K. FLEMING of SARKISIAN SARKISIAN & ASSOC., and for his cause of action against the Defendant, CHROMALOX, INC. alleges and states as follows:

1. That Plaintiff is a resident of Lake County, State of Indiana.

2. That at all times mentioned herein, the Defendant, CHROMALOX, INC. is a for-profit businesses authorized to operate legally within the confines of the State of Indiana with its principal office located in Pittsburgh, PA.

3. That at all times mentioned herein the Defendant, CHROMALOX, INC. was authorized to manufacture, distribute, sell and do business in the State of Indiana.

4. That at the times mentioned herein, the defendant, CHROMALOX, INC., manufactured, distributed, and sold portable blower heaters throughout the United States of America from their manufacturing and distribution center located in Ogden, Utah.

5. That at all times mentioned herein, the Defendant, CHROMALOX, INC., manufactured a portable Chromalox blower heater type HF Model E which was

purchased by the plaintiff's employer, ArcelorMittal, and installed into the cab of a crane.

6. That on or about May 10, 2018, Plaintiff, in the course of his employment with ArcelorMittal, was operating a crane using the traverse controls when the Chromalox Type HF Model E portable heater installed in the crane's cab malfunctioned because of a wire failure which suddenly and without warning electrocuted the plaintiff causing the Plaintiff to sustain serious permanent injuries.

7. That by the Chromalox Type HF Model E portable heater malfunctioning, plaintiff sustained serious and permanent bodily injuries, incurred substantial medical expenses, will incur a wage loss, and endured severe physical pain and emotional distress all of which are of permanent in nature and will continue.

8. That the defendant was careless and negligent in their design, manufacture, and inspection of the Chromalox Type HF Model E portable heater and that the portable heater failed to serve its purpose and that the defendant knew or should have known that the portable heater was defective and dangerous to those using the portable heater for the purpose for which it was intended.

9. That pursuant to Indiana Code 34-20, the defendant is held strictly liable in tort to the plaintiff for placing into the stream of commerce a product in a defective condition which is unreasonably dangerous to the user and that user such as the plaintiff herein, is in the class of persons that the seller/manufacturer should reasonably foresee as being subject to the harm caused by the defective condition.

10. That the defendant through the manufacture and sale of the portable heater, expressly and impliedly warranted that the portable heater was fit for the purpose

for which it was intended and that the plaintiff used said portable heater in reliance on said express and implied warranties.

11. That the implied warranty was breached when the portable heater malfunctioned and electrocuted the plaintiff causing injuries to the plaintiff.

12. That the defendant breached the express and implied warranties of merchantability of its product.

13. That at the time the plaintiff was using the portable heater, he was unaware of any defect or any potential defect in the portable heater that he faced when using the portable heater and that the defendant failed to warn the plaintiff of any potential risks in using the skateboard.

14. That the direct and proximate cause of the injuries sustained by the plaintiff was the carelessness and negligence of the defendants.

WHEREFORE, the Plaintiff prays for judgment against the Defendants in a just and proper sum, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/RANDY K. FLEMING
RANDY K. FLEMING (Atty #: 17321-64)
SARKISIAN SARKISIAN & ASSOC., P.C.
Attorney for Plaintiffs
6165 Central Avenue
Portage, IN 46368
Telephone: (219)762-7718
Facsimile:  (219) 763-4650
randy@sarklawfirm.com

## MOTION FOR TRIAL BY JURY

Comes now the Plaintiff by and through counsel, RANDY K. FLEMING of SARKISIAN SARKISIAN & ASSOC., P.C., and requests a trial by jury on all counts triable by a jury.

Respectfully submitted,

/s/RANDY K. FLEMING
RANDY K. FLEMING (Atty #: 17321-64)
SARKISIAN SARKISIAN & ASSOC., P.C.
Attorney for Plaintiffs
6165 Central Avenue
Portage, IN 46368
Telephone: (219)762-7718
Facsimile:  (219) 763-4650
Randy@sarklawfirm.com